## Means Test Comparative Analysis

**Case Name: Mia & Michael Porter**  
**Case No. 19-67110-jwc**  
Case filed on 10/28/19

**Ch. 13 Percentage: 6.60%**

| | Form 22A-1 | Debtor's Amended | U.S. Trustee Computation |
|---|---|---|---|
| Debtor Income | 2 | $ - | $ - |
| Debtor Spouse or Non-Filing Spouse Income | 2 | $ - | $ - |
| Alimony & Maintenance Payment | 3 | $ - | $ - |
| Amts. Regular for Household, including Child Support | 4 | $ 7,439.18 | $ 7,439.18 |
| Net Business Income | 5 | $ - | $ - |
| Net Rental Income | 6 | $ - | $ - |
| Pension or Retirement Income | 9 | $ - | $ 1,767.44 |
| Interest, Dividends, and Royalties | 10 | $ - | $ - |
| Other Income: Child Support | 10 | $ - | $ 425.00 |
| **CURRENT MONTHLY INCOME (CMI)** | 11 | **$ 7,439.18** | **$ 9,631.62** |

| | Form 22A-2 Part 1 | Debtor | U.S. Trustee Computation |
|---|---|---|---|
| **Adjustments to Income** | | $ - | $ - |
| | 3a | $ - | $ - |
| | 3b | $ - | $ - |
| | 3c | $ - | $ - |
| | 3k | | $ - |
| ADJUSTED Current Monthly Income | 4 | $ 7,439.18 | $ 9,631.62 |

| | Form 22A-2 Part 2 | Debtor | U.S. Trustee Computation |
|---|---|---|---|
| **Deductions from Income** | | | |
| **No. of People Used for Deductions from Income** | | 4 | 4 |
| IRS - Food, Clothing, Household, etc. | 6 | $ 1,786.00 | $ 1,786.00 |
| IRS - Healthcare Standard | 7 | $ 220.00 | $ 220.00 |
| IRS - Non Mortgage (Insurance & Utilities) | 8 | $ 683.00 | $ 683.00 |
| IRS - Mortgage or Rent | 9 | $ - | $ - |
| USTP Division of IRS Std Claim | 10 | $ - | $ - |
| IRS - Vehicle Operations | 12 | $ 240.00 | $ 680.00 |
| IRS - Vehicle Ownership (Vehicle 1) | 13c | $ 178.00 | $ 178.00 |
| IRS - Vehicle Ownership (Vehicle 2) | 13f | $ - | $ - |
| IRS - Public Transportation | 14/15 | $ - | $ - |
| Taxes | 16 | $ - | $ 1,566.41 |
| Involuntary Payroll Deductions | 17 | $ - | $ - |
| Life Insurance | 18 | $ - | $ - |
| Court Ordered Payments | 19 | $ 200.00 | $ 200.00 |
| Education (Condition for Job - Disabled Child) | 20 | $ - | $ - |
| Childcare | 21 | $ - | $ - |
| Additional Healthcare | 22 | $ - | $ - |
| Optional Telephone & Telephone Services | 23 | $ 114.00 | $ - |
| **SUBTOTAL - All Expenses Allowed under IRS** | 24 | **$ 3,421.00** | **$ 5,313.41** |
| **Additional Expense Deductions** | | | |
| Health, Disability Insurance, HSA Expenses | 25 | $ 525.00 | $ 525.00 |
| Care of Household or Family | 26 | $ - | $ - |
| Family Violence | 27 | $ - | $ - |
| Additional Home Energy Costs | 28 | $ - | $ - |
| Education for Dependents under 18 | 29 | $ 3,500.00 | $ 341.66 |
| Additional Food & Clothing | 30 | $ - | $ - |
| Charitable Contributions | 31 | $ - | $ - |
| **SUBTOTAL - Additional Expenses** | 32 | **$ 4,025.00** | **$ 866.66** |
| **Deductions for Secured Debt** | | | |
| Mortgage | 33a | $ 1,576.58 | $ 1,576.58 |
| Vehicle | 33b | $ 330.00 | $ 330.00 |
| Vehicle | 33c | $ - | $ - |
| | 33d | $ - | $ - |
| | 33e | $ - | $ - |
| **SUBTOTAL - Secured Debt Payments** | 33 | **$ 1,906.58** | **$ 1,906.58** |
| Payments on Arrearage - | 34 | $ - | $ - |
| Payments on Priority Claims | 35 | $ - | $ - |
| | 35 | $ - | $ - |
| Chapter 13 Admin Expense | 36 | $ - | $ 101.97 |
| **SUBTOTAL - Total Secured Debt Payments** | 37 | **$ 1,906.58** | **$ 2,008.55** |
| **TOTAL Allowed Deductions** | 38 | **$ 9,352.58** | **$ 8,188.62** |
| | | | |
| **TOTAL ADJUSTED CMI (Line 4)** | 39a | **$ 7,439.18** | **$ 9,631.62** |
| **TOTAL DEDUCTIONS (Line 38)** | 39b | **$ 9,352.58** | **$ 8,188.62** |
| **MONTHLY DISPOSABLE INCOME** | 39c | **$ (1,913.40)** | **$ 1,443.00** |
| **60-MO. DISPOSABLE INCOME** | | **$ (114,804.00)** | **$ 86,580.12** |

| | | |
|---|---|---|
| Total Non Priority Unsecured Creditor Claims (Sch. E/F) | | $ 387,526.22 |
| 25% of Total Unsecured Claims | | $ 96,881.56 |

**UST EXHIBIT A**  
Prepared 1/8/2020